IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERIA GLOBAL MINING COMPANY,<br><br>AND<br><br>GLOBAL STEEL HOLDINGS, LTD.,<br><br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF REPUBLIC OF LIBERIA<br><br><br>Defendant. | JUDGE:<br><br>CASE NO:<br><br>HEARING REQUESTED |

## CERTIFICATE UNDER LCvR 7.1

Pursuant to Local Rule 7.1, I, the undersigned counsel of record for Plaintiffs Global Steel Holdings, Ltd. and Liberia Global Mining Company, certify that to the best of my knowledge and belief, there are no known parent companies, subsidiaries or affiliates of Global Steel Holdings, Ltd or Liberia Global Mining Company that have any outstanding securities in the hands of the public in the United States. Moreover, I, the undersigned counsel of record am only aware of one affiliate of Global Steel Holdings Limited that has any outstanding securities

in the hands of the public outside of the United States. This affiliate, Kremikovtzi A.D. has 4% of its shares outstanding on the Bulgarian stock exchange.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[Signature]*
Signature

441981
Bar Identification Number

Bradford A. Berenson
Print Name

1501 K Street, NW
Address

Washington        DC        20005
City              State     Zip

202-736-8000
Telephone