## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1608(a)(1), I certify that today, July 5, 2005, I served Defendant Government of the Republic of Liberia according to the parties "special arrangement" as set forth in Article XXXII of the Mineral Development Agreement ("MDA") by causing a copy of the foregoing Application of Liberia Global Mining Company and Global Steel Holdings Limited for Preliminary Injunction, Declaration of Rakesh Dikshit, Declaration of Stanimir Alexandrov, Opinion of George Henries, Request for Arbitration, Proposed Order and exhibits in support thereof to be sent:

(1)   in accordance with Article XXXII, Section 2a of the MDA, via registered mail, return receipt requested, to:

> The Government of Liberia
> The Minister of Lands, Mines and Energy
> Ministry of Lands, Mines and Energy
> Monrovia
> Liberia

with copies to:

> The Minister of Finance
> Ministry of Finance
> Broad Street
> Monrovia
> Liberia

and

> The Chairman
> National Investment Commission
> Tubman Boulevard
> Monrovia
> Liberia

(2)   via telefax to the Ministry of Lands, Mines & Energy of the Government of the Republic of Liberia at 231-226-281, in accordance with Article XXXII, Section 2b of the MDA.

(3)   in accordance with Article XXXII, Section 2d of the MDA, via DHL Worldwide Express, proof of delivery requested to:

> The Government of the Republic of Liberia
> The Minister of Lands, Mines and Energy
> Ministry of Lands, Mines and Energy
> Monrovia
> Liberia

with copies to:

> The Minister of Finance
> Ministry of Finance
> Broad Street
> Monrovia
> Liberia

and

> The Chairman
> National Investment Commission
> Tubman Boulevard
> Monrovia
> Liberia

(4)   in accordance with Art. XXXII, Section 1 of the MDA, by hand delivery to:

> The Government of the Republic of Liberia
> The Minister of Lands, Mines and Energy
> Ministry of Lands, Mines and Energy
> Monrovia
> Liberia

_____
Brandi Feingold