# EXHIBIT 1
# TO DIKSHIT DECL.

No: 066279C



# FINANCIAL SUPERVISION COMMISSION
# ISLE OF MAN

## Certificate of Change of Name

THE FINANCIAL SUPERVISION COMMISSION hereby certify that pursuant to the Companies Acts 1931 to 2004

**Global Infrastructure Holdings Limited**

has, by SPECIAL RESOLUTION, and with the approval of the FINANCIAL SUPERVISION COMMISSION, changed its name and is now called

**GLOBAL STEEL HOLDINGS LIMITED**

This 4th day of March 2005

Assistant Manager
Companies Registry



Isle of Man
Government

Certified True Copy

