# EXHIBIT 3
# TO DIKSHIT DECL.

# MEMORANDUM OF UNDERSTANDING

This Memorandum of Understanding is entered into by and between

The Government of Liberia hereinafter referred to as "GOL" of the address, Capitol Hill, PO Box 9024, Monrovia, Republic of Liberia hereby represented by the Honorable Jonathan A. Mason, Minister of Lands Mines and Energy;

Liberian Mining Corporation, hereinafter referred to as "LIMINCO" of the address, 4th Street, Tubman Boulevard, Sinkor, Monrovia, Republic of Liberia Box 10-3727 hereby represented by Mr Ciapha Gbollie, President of LIMINCO;

Global Infrastructure Holdings Limited, hereinafter referred to as "GIHL" a holding company of ISPAT GROUP with registered office at 1st Floor Murdoch House, North Shore Road, Ramsay, Isle of Man, IM8 3DY hereby represented by Mr Rakesh Dikshit, General Manager – Business Development, ISPAT Group;

**AND**

Provider Limited hereafter referred to as "Provider", a company registered in the United Kingdom having its main office at address at 59, St.Mary Abbots Terrace, Holland Park, London W14 8NX., United Kingdom, hereby represented by Jacob Varnam, Director.

The above entities referred to jointly as the "Parties" (singularly "Party")

**Whereas:**
1. GOL is the organ of the Sovereign State of Liberia charged to represent the State and is empowered to enter into agreements with international companies and entities to bring investment, operations, expertise and technical know-how to Liberia.

2. The Minister of Finance and Minister of Lands Mines and Energy are empowered by GOL to enter into agreements with international companies and entities to bring investment, operations, expertise and technical know-how to the mining and associated sectors in Liberia;

3. LIMINCO is a Parastatal being a business owned and controlled by GOL;

4. LIMINCO was established and is responsible for GOL's interests in Iron Ore mining in the Nimba/Liberia Range;

5. LIMINCO is empowered by the GOL to enter into agreements with international companies and entities to bring investment, operations, expertise and technical know-how to the developments of Nimba/Liberia Ores;

6. LIMINCO is the owner and operator of, the Port Of Buchanan hereinafter referred to as the "Port", the Railway from the Port of Buchanan to the Mine site at Mount Nimba near the international border between Liberia and Guinea hereinafter referred to as the "Railway", "Power Plants", "Roads" and other associated utilities and infrastructure;

7. LIMINCO controls the Mineral Development Agreements "MDA" in relation to Iron Ore deposits and mines in Nimba Range in Liberia;

8. LIMINCO owns and controls the Iron Ore stockpiles hereinafter referred to as the "Ore Stockpiles" located near the Port anticipated to consist of approximately some 750,000 Metric Tonnes of Nimba Washed Fines;

And whereas

1. GIHL is a major international group having specialty in operation and management of Iron and Steel business and integrated plants worldwide;

2. Mr Rakesh Dikshit as General Manager – Business Development, ISPAT Group, is empowered by GIHL to seek business opportunities and is authorised to enter into agreements on their behalf in relation to activities of ISPAT Group;

3. Provider is an international company involved in investment worldwide, and bringing expertise and technical know-how to countries in Africa.

4. Mr Jacob Varnam as director of Provider is empowered by the board of the Company to seek and facilitate business and enter into agreements on behalf of the company.

Now therefore in respect of the mutual covenant and promises the Parties have agreed the following:

**Clause 1**
**Objectives and Purpose of this MOU**

1.1.1 The main Objectives and Purpose of this MOU are to establish the principles and define the scope that will regulate collaboration between the Parties in relation to the establishment of a Joint Venture between the Parties, hereinafter referred to as "JV", to:

1.1.2 Explore, Extract, Process and Market Iron Ore and products under MDA(s) in the Nimba Range, Liberia;

1.1.3 Rehabilitate and operate the Port, the Railway and the Power Plants;

1.1.4 Charge and collect revenues from the operation of the Port and Railway, power plants etc.;

1.1.5 Finance the Mining, Railway and Port rehabilitation and operations utilising international finance and the revenue streams arising from those operations;

1.1.6 To train and employ Liberians at all levels;

This MOU will serve as the basis for **Detailed Agreements** referred to in Clause 7 to be drawn up within 160 days between the parties in respect of these objectives.

**Clause 2**
**Obligations of GOL**

2.1 To assist and exclusively work with the other Parties to achieve the Objectives of this Agreement as set out in clause 1 above;

2.2 To provide necessary assistance which includes information, data, introductions, ongoing support, a secure positive environment to achieve the objectives as referred to in clause 1 above;

2.3 Guarantee the Parties and their consultants the necessary assistance in obtaining, authorizations, licences, visas, and general freedom of movement to facilitate the execution of its obligations;

2.4 To assist, support and encourage JV nationally and internationally in its quest to generate alternative business and revenue opportunities;

**Clause 3**
**Obligations of LIMINCO**

3.1 To assist and exclusively work with the other Parties to achieve the Objectives of this Agreement as set out in clause 1 above;

3.2 To transfer ownership and operational control of, and vest all rights in, the Port, Railway, Power Plants and other associated infrastructure to JV;

3.4 To assist, support and encourage JV nationally and internationally in its quest to generate alternative business and revenue opportunities;

3.5 To provide necessary assistance which includes information, data, introductions, ongoing support, and a secure positive environment to achieve the objectives as referred to in clause 1 above;

3.6 To assist, arrange for, accompany and provide support to the other Parties in relation to visit(s) to the Port, Ore Stockpiles, Railway, Power Plants, potential Mine sites and other facilities as referred to in clause 4.5 below;

**Clause 4**
**Obligations of GIHL**

4.1 To bring investment, together with international expertise, experience, systems and technical know-how to the Liberian Iron Ore sector and the associated operations and infrastructure including the Mine, Railway, Port, Power Plants etc;

4.2 To carry out due diligence into current and historical iron mining business, industry and associated practices within Liberia;

4.3 To review governmental geological and prospecting data, and other data and information to which the government has access in relation to Iron Ore mining and deposits identified in Liberia;

4.4 To visit and survey the Port, Railway, Power Plants and potential Mine sites and carry out inspections as required to collect data and information to assist the production of the feasibility report as referred to in clause 4.5 below;

4.5 To produce a pre-feasibility study in relation to data reviewed and field visits in respect of the Nimba, Liberia deposits and associated infrastructure;

4.6 Finance the Mine(s), Railway and Port rehabilitation and operations utilising international finance and the revenue streams arising from those operations as indicated in the pre-feasibility study;

4.7 To participate in the management, operation and control all aspects of the operations of JV, utilising international standards of governance and providing regular comprehensive reporting to the Parties;

4.8 To bring international expertise in Iron Ore Mining and processing to Liberia and provide training and employment to local personnel;

4.9 To utilize international and local consultants, agents and associates as it sees fit to carry out its obligations;

4.10 Subject to feasibility to bring investment, develop processing operations and contribute to downstream processing of Iron Ore in Liberia;

PrelimAgmt.LIMINCO/ GIHL / 28.11.03 / NV6

4.11 To consider legal and operational obligations for the JV as the concession holder, including, environmental issues, employment and training of the domestic labour force, the domestic requirement for Iron Ore, and the rehabilitation of the mine site after exhaustion;

4.12 To establish an administrative locus in Liberia that will provide reporting and accounting services to the Operations, and will collaborate with the Parties to ensure smooth running of those operations;

**Clause 5**
**Obligations of Provider**

5.1 To bring investors to Liberia, in order to secure inward investment for the development of the mining and mineral sector;

5.2 To participate in the management, operation and control all aspects of the daily operations of JV, utilising international standards of governance and providing regular comprehensive reporting to the Parties;

5.3 To bring international expertise in Iron Ore Mining and processing to Liberia and provide training and employment to local personnel;

5.4 To utilize international and local consultants, agents and associates as it sees fit to carry out its obligations;

5.5 Subject to feasibility to bring investment, develop processing operations and contribute to downstream processing of Iron Ore in Liberia;

**Clause 6**
**Structure of the Joint Venture**

6.1 The structure of the joint venture shall be formally determined at the formulation of the Detailed Agreement.

**Clause 7**
**Execution**

7.1 Execution of each Party's obligations under this agreement is expected to take up to 160 days from the signing of this MOU with the Detailed Agreements being agreed and signed by the parties during this time. However should there be the need for an extension due to unforeseen circumstances GIHL may ask for an extension to this MOU which will not be unreasonably denied.

7.2 The parties agree to cooperate and act in good faith, and at all times maintain a relationship that allows for the correct execution of the provisions of this Agreement.

7.3 The Detailed Agreement referred to in Clause (1) and Clause (7.1) shall involve negotiation between the Inter-Ministerial Mineral Committee of the GOL on one hand, and GIHL and Provider on the other hand, in accordance with the New Minerals and Mining Law of Liberia, approved on April 03, 2000.

**Clause 8**
**Exclusivity**

8.1 This MOU will provide for a period of 160 days from the signing date of this MOU during which time the Parties will work exclusively with each other in relation to the carrying out their obligations and establishment of the JV in Liberia.

**Clause 9**
**Delegation and Assignment**
9.1 The Parties may delegate their duties under this MOU in whole or part. The provisions of this MOU shall be binding upon and accrue to the parties hereto and their respective representatives, successors, heirs and permitted assigns, such assignment to be with the other parties written consent.

**IN WITNESS WHEREOF**, the Parties have executed this MOU, through their respective duly authorized representatives, on the day, month and year indicated below:

Signed in ____5____ originals on the 28th day of November, A. D. 2003

| IN THE PRESENCE OF | FOR THE GOVERNMENT OF THE REPUBLIC OF LIBERIA |
|---|---|
| _Albert Chie_ | _[signature]_ |
| | Hon. Jonathan A. Mason – Minister of Lands Mines and Energy |
| _[signature]_ | _[signature]_ |
| | Mr Clapha Gbollie, President, LIMINCO |
| _(Sanjay Kr. Srivastava)_ | _[signature]_ |
| | Rakesh Dikshit General Manager, ISPAT GROUP, On behalf Global Infrastructure Holdings Ltd. |
| _[signature]_ | _[signature]_ |
| | Jacob Varnam Director, PROVIDER Ltd. |