# EXHIBIT 5
# TO DIKSHIT DECL.




# REPUBLIC OF LIBERIA
## MINISTRY OF LANDS, MINES AND ENERGY
### P.O. BOX 10-9024
### 1000 MONROVIA 10
### LIBERIA, WEST AFRICA
### TEL: (231) 227490, FAX: (231) 226281

**OFFICE OF THE MINISTER**

NTGL/JAM/529/MLME/'04

August 30, 2004

Mr Jacob Varnam
Provider Limited
Stalston
11 Elvaston Place
South Kensington
London SW7 5QG
UK

Dear Mr Varnam:

### Ref.: LIMINCO Project

We present our compliments and wish to update you on the progress on the proposal of the GIHL received on 4th August 2004 in respect of the LIMINCO Project.

A total of five proposals from Rio Tinto/WATCO, LNM Holdings, GIHL, BHP Billiton and the Shandong International Trading Group were submitted by the Board of Directors of LIMINCO for evaluation to its Inter-Ministerial Technical Committee.

After ten days of deliberations, the Technical Committee selected the GIHL and submitted its findings and recommendations to the LIMINCO Board for approval.

At the meeting of the Board on Friday 27th August 2004 the Technical Committee's recommendations were adopted and a motion agreed to commence contract negotiations with Global Infrastructure Holdings Limited (GIHL) in relation to its successful proposal, most especially the preparedness to commence work immediately.

In respect of the above, I am now in a position to confirm the Board's commitment to work with GIHL in respect of the LIMINCO project and certify that it has authorised the Technical Committee to commence negotiations for a Mineral Development Agreement with GIHL in relation to implementation of the project.

Kind regards.

Very truly yours,

Jonathan A. Mason
**Minister**