# EXHIBIT 6
# TO DIKSHIT DECL.



# REPUBLIC OF LIBERIA
## MINISTRY OF LANDS, MINES AND ENERGY
### P.O. BOX 10-9024
**1000 MONROVIA 10, LIBERIA, WEST AFRICA**
**TEL: (231) 226858, FAX: (231) 227-490**



NTGL/MKW/3.113/MLM&E/'04

October 4, 2004

The Honorable
Minister of Finance and Chairman
LIMINCO Board of Directors
Ministry of Finance
Monrovia, Liberia

Mr. Chairman:

We extend our compliments and have the honor to inform you that pursuant to the LIMINCO Board Resolution which evolved out of the LIMINCO Board Meeting of 27 August 2004, authorizing the Inter-Ministerial Mineral Technical Committee to enter negotiation on behalf of Government with Global Infrastructure Holdings Limited (GIHL), we are pleased to report that negotiation has proceeded to a successful conclusion. .

In connection to the foregoing, the Inter-Ministerial Mineral Technical Committee is honored to herewith submit to the Board for its review and consideration the final negotiated Agreement which grants the LIBERIA GLOBAL MINING COMPANY (the JOINT VENTURE COMPANY formed by Government and GIHL, referred to in Agreement as CONCESSIONAIRE), Iron Ore mining rights over the former LAMCO Concession Areas. The fulcrum of the Agreement is centered upon the point that Government shall contribute to CONCESSIONAIRE's Operations the mineral and mining rights for the iron ore and associated infrastructure and facilities, whilst GIHL shall contribute and arrange all finances and expertise required for the Project.

We are also happy to report that the Agreement was negotiated in good faith and follows a joint venture corporate structure arrangement in which Government reaps revenues from both a profit-sharing scheme and other payments in taxes and royalties associated with CONCESSIONIRE's Operations. Aside from revenue intakes, other direct benefits include inter alia; employment, rural community development, provision of health and education, and the engendering of associated economic activities.

Finally, we wish to indicate that the Agreement was negotiated using a variety of relevant sources, such as the **WMC, BMC** and **LAMCO** concession agreements, and in consultation with and advice from several key technical experts.

It is our firm conviction that this Agreement, when fully implemented, shall derive great national benefits to the Government and people of Liberia.

Kind regards.

Respectfully Submitted: _____

Mulbah K. Willie
**Chairman/Inter-Ministerial Mineral Technical Committee**
**Deputy Minister for Operations/MLM&E**

_____
Drayton Hinneh/Co-Chairman
Director of the Bureau of Concession/MOF

_____
Albert T. Chie/Secretary
Assistant Minister for Mineral Exploration & Research/MLM&E

_____
Gesler E. Murray/Secretary
Assistant Minister for Planning & Operations/MLM&E

_____
Abraham S. Fahnbulleh/Member
Assistant Minister for Economic Affairs/MOJ

_____
James B. Konuwa, Sr./Member
Assistant Minister for Mines

_____
Z. Moulai Reeves/Member
Senior Economist/Legal Adviser/MPEA

_____
P. Sabastian Smith/Member
Executive Director/Technical Services/NEC

Sumo Kupee/Member
Special Assistant to the Minister/MOF

---

P. Sumo Darwulo/Member
Inspector-General of Labor/MOL

---

G. Aagon Gwaikolo/Member
Senior Project Engineer/LIMINCO

---

T. Augustus Gobah/Member
Administrative Manager/LIMINCO

---

Garmondeh Karnga/Member
Commercial Manager/LIMINCO

---

George S. Mulbah/Member
Assistant Minister of Labor for Trade Union/MOL

---

Foday A. Kromah/Member
Operations Manager/LIMINCO