# EXHIBIT 7
# TO DIKSHIT DECL.

# ARTICLES OF INCORPORATION
OF
LIBERIA    GLOBAL    MINING    COMPANY

# REPUBLIC OF LIBERIA
# MINISTRY OF FOREIGN AFFAIRS

## DUPLICATE COPY

The original copy of this document was filed in
Accordance with Section 1.4 of the Business
Corporation Action

October  7,  2004

*Abbny*

DEP UTY    MINISTER



*Republic of Liberia*                    *Office of the Notary Public*
*Montserrado County*                      *Monrovia, Liberia*

# NOTARY CERTIFICATE

*Personally Appeared Before Me in My Office within the City of Monrovia, Montserrado County, Republic of Liberia this ____ 5th ____ day of October _____, A. D. 20⁰⁴ ____ duly qualified Notary Public for and in the County of Montserrado and in the Republic Aforesaid the Parties to the attached documents:-*

ARTICLES OF INCORPORATION
OF THE GLOBAL MINING COMPANY

*and did in my presence and in the presence of each other execute and signed their genuine signatures on the said Instruments(s) to be the person(s) they represent and that the same was made in my presence and declared by each of them to be their voluntary acts and in their own hand writings.*

*Therefore, I Mary Mamie Howe, Notary Public aforesaid, have attached my Official Signature Notary Seal to avail when and where Necessary.*

*I have affixed my genuine Signature attesting to this transaction by the power vested in me this ____ 5th ____ day of October _____, A. D. 20⁰⁴ ____*

**MARY MAMIE HOWE**

NOTARY PUBLIC, MONTSERRADO COUNTY, R.L.
$2.50 REVENUE STAMPS AFFIXED ON THE ORIGINAL.
PROCESSED BY:  LEGAL ASSOCIATES

# LIBERIA GLOBAL MINING COMPANY

We, the undersigned, for the purpose of forming a corporation, do hereby make, subscribe, acknowledge and file into the Office of The Minister of Foreign Affairs of the Republic of Liberia, this application for a Certificate of Incorporation, pursuant to the Business Corporation Act, the same being Part I of the Associations Law, Title 5 of the *Liberian Code of Laws Revised* of 3 January 1977, as follows:

## ARTICLE I

The name of the Corporation (hereinafter referred to as "the Corporation") shall be:

## LIBERIA GLOBAL MINING COMPANY

## ARTICLE II

The general nature of the business to be transacted by the Corporation shall be:

1. To carry on the business of mining, milling, concentrating, converting, smelting, treating, refining, preparing for market, manufacturing, buying, selling, exchanging and otherwise producing and dealing in iron ore, iron, steel, gold, silver, copper, coal, and in all kinds of ores, metals, and minerals, and in the products and by-products of every kind and description and by whatsoever process, the same can be or may hereafter be produced;

2. To manufacture, buy, sell, or otherwise deal or traffic in iron ore, iron, steel, copper, coal, and other metals, minerals, or materials, and all or any products or articles consisting or partly consisting of iron ore, iron, steel, copper, coal or other metals, minerals, or materials; and to acquire, own, lease, occupy, use, develop, or deal in any lands containing iron ore, iron, cooper, coal, stone, or other ores or minerals, and in other lands, and to mine and otherwise extract or to remove ores, coal, stone, or other minerals, materials, or substances from any lands;

3. To purchase, lease, option, locate or otherwise acquire, own, exchange, sell, otherwise dispose of, pledge, mortgage, deed in trust, hypothecate, and deal in mines, mining claims, mineral lands, coal lands, oil lands, timber lands, water and water rights, and other property, both real and personal;

4. To carry on as principals, agents, commission merchants, or consignees the business of mining, milling, concentrating, converting, smelting, treating, refining, buying, selling, exchanging, manufacturing, and dealing in the above specified products or any of them and of materials used in the manufacture of each, and any and all of such articles and to carry on as such principals, agents, commission merchants, or consignees any other business which in the judgment of the board of directors of the Corporation may be conveniently conducted in conjunction with any of the matters aforesaid.

other things necessary in the full and complete operation thereof; to engage in general lumber, timber, kiln drying, milling, construction materials, and merchandise business; to manufacture, purchase, or otherwise acquire, sell, or otherwise dispose of logs, lumber, wood products in a processed or unprocessed state, and by-products of wood or of the said merchandise, either at wholesale or retail; to engage in the business of hauling and transporting logs, timber, lumber, lumber products, and other freight, goods, wares, and merchandise, by means of trucks, and other forms of transportation, over public or private highways, or roads; and to do such other things as are incidental or necessary, to the carrying on of such business.

6.    To engage in the business of operating quarries and the sale of aggregates therefrom;

7.    To own or otherwise acquire by deed, purchase, devise or bequest or otherwise, the necessary property, real or personal, including buildings, machinery and shares of stock, bonds and securities of other corporations, as well equipment necessary or incidental to the business of the Corporation:

8.    To sue and be sued in all courts of competent jurisdiction within and without the Republic of Liberia and to participate in actions and proceedings, whether judicial, administrative, arbitrative or otherwise, in like manner as natural persons;

9.    To have a Corporate Seal, and to alter such seal at pleasure, and to use it by causing it or a facsimile thereof to be affixed or impressed or reproduced in any other manner;

10.    To purchase, receive, take by grant, gift, devise, bequest or otherwise, lease or otherwise acquire, own, hold, improve, employ, use and otherwise deal in and with, real or personal property or any interest therein wherever situated;

11.    To sell, convey, lease, exchange, transfer or otherwise dispose of, or mortgage or pledge or create a security interest therein, wherever situated;

12.    To purchase, take, receive, subscribe for, or otherwise acquire, own, hold, vote, employ, sell, lend, lease, exchange, transfer or otherwise dispose of, mortgage, pledge bonds and other obligations, shares or other securities or interests issued by others, whether engaged in similar or different business, governmental or other activities;

13.    To make contracts, give guarantees and incur liabilities, borrow money at such rates of interest as the Corporation may determine, issue its notes, bonds, and other obligations and secure any of its obligations by mortgage or pledge of all or any of its property or interest therein, wherever situated;

14.    To act as trustee under any trust incidental to the principal objects of the Corporation, and to receive, hold, administer, and expend funds and property subject trust;

15.    To do all other acts necessary or expedient for the administration of the affairs and attainment of the purposes of the Corporation;

17. To elect or appoint officers, employees and other agents of the Corporation, define their duties, fix their compensations, and the compensation of directors, and to indemnify corporate personnel;

18. To adopt, amend or repeal by-laws relating to the business of the Corporation, the conduct of its affairs, its rights or powers of its shareholders, directors or officers;

19. To make donations for the public welfare or for charitable, educational, scientific, civic or similar purposes;

20. To pay pensions and establish pension plans, pension trusts for any and all of its directors, officers and employees;

21. To engage in any lawful activity for which corporations may now or hereafter be organized under the Business Corporation Act;

22. To have and exercise all powers necessary or convenient to effect any or all of the purposes for which the Corporation is formed;

23. The Corporation shall have every power which a corporation now or hereafter organized under the Business Corporation Act, as amended, from time to time, may have.

## ARTICLE III

The Corporation shall have perpetual existence.

## ARTICLE IV

The Principal Office of the Corporation for the transaction of the business of the Corporation shall be at the City of Monrovia, County of Montserrado, Republic of Liberia, West Africa, and the name and address of the Corporation's Registered Agent are Rakesh Dikshit, the Corporation's Manager for Business Development or his successor, at the same address.

## ARTICLE V

The total number of shares of stock which the Corporation is authorized to issue is one hundred divided into thirty class A shares and seventy class B shares which shares shall be of no par value and the number of such share which each subscriber to these Articles of Incorporate contracts to purchase are, as follows:

| NAMES | NUMBER OF SHARES |
|---|---|
| The Republic of Liberia | 30 Class A Shares |
| Global Infrastructure Holdings Limited | 70 Class B Shares |

J. Emmanuel Wurah, Esquire
LEGAL ASSOCIATES, LLPC
Monrovia, Liberia

## ARTICLE VI

The number of directors the Corporation shall have shall be eleven. The names of the directors who shall serve as directors of the Corporation until the first annual meeting and until their successors are elected and qualified are, as follows:

| NAMES | ADDRESSES |
|---|---|
| Honourable Lucinee F. Kamara Minister of Finance, R. L., or his successor | Ministry of Finance, Monrovia, Liberia |
| Honourable Kabineh Ja'neh Minister of Justice & Attorney General, R. L., or his successor | Ministry of Justice |
| Honourable Jonathan A. Mason, Minister of Lands, Mines & Energy, R. L., or his successor | Ministry of Lands, Mines & Energy Monrovia, Liberia |
| Honourable J. Laveli Supuwood Minister of Labour, R. L. or his successor | Ministry of Labour, Monrovia, Liberia |
| Honourable Christian Herbert Minister of Planning & Economic Affairs, R. L., or his successor | Ministry of Planning & Economic Affairs Monrovia, Liberia |
| Mr. Pramod Kumar Mittal | Lob 16 Suite 517, Jebel Ali Free Zone P. O. Box 61088, Dubai, UAE |
| Ashok Agarwal | Lob 16 Suite 517, Jebel Ali Free Zone P. O. Box 61088, Dubai, UAE |
| Mr. Guntupalli Jagannadham | Lob 16 Suite 517, Jebel Ali Free Zone P. O. Box 61088, Dubai, UAE |
| Mr. Rakesh Dikshit, Manager, Business Development, Global Infrastructure Holdings Limited | Lob 16 Suite 517, Jebel Ali Free Zone P. O. Box 61088, Dubai, UAE |
| Mr. Jacob Varnam, Director, Provider Ltd. | Stalston, 11 Elvaston Place South Kensington, London SW7 5G, UK |
| Dr. Fodee Kromah | Monrovia, Liberia |

## ARTICLE VI

The name and post office address of the Incorporator of the Corporation are, as follows:

J. Emmanuel Wureh, Esquire
LEGAL ASSOCIATES, LLPC
Monrovia, Liberia

Honourable Kabineh Ja'neh
Minister of Justice & Attorney
General, R. L.

Ministry of Justice
Monrovia, Liberia

## ARTICLE VII

(a) In the absence of fraud, no contract or other transaction of the Corporation shall be affected or invalidated by the fact that any of the Directors of the Corporation is in any way interested in or connected with any other party to such contract or transaction, or is himself a party to such contract or transaction, provided that the interest in any such contract or transaction of any Director shall at the time be fully disclosed or otherwise known to the Board of Directors; and each and every person who may become a director of the Corporation is hereby relieved from liability that might otherwise exist from contracting with the Corporation for the benefit of himself/herself or any person in whom he/she may be in any way interested or connected. Any Director of the Corporation may vote and act upon any matter, contract or transaction between the Corporation and any other person without regard to the fact that he/she is also stockholder, director or officer, or has any interest in, such person. Any contract or other transaction of the Corporation or the Board of Directors or any committee thereof which shall be ratified by a majority of a quorum of the members entitled to vote at any annual meeting or special meeting called for the purpose shall be as valid and binding as though ratified by every Director or Shareholder of the Corporation except as otherwise provided by law; provided, however, that any failure of the Shareholders or Directors to approve or ratify such contract or other transaction, when and if submitted, shall not be deemed in any way to render the same invalid or to deprive the Directors and Officers of their right to proceed with such contract or transaction;

(b) Except as may be provided in the By-Laws, the Board of Directors, from time to time, shall determine to what extent and at what times and places and under what conditions and regulations the account and books of the Corporation, or any of them shall be opened to the inspection of Shareholders; and,

(d) Any director or officer elected or appointed by the Shareholders or by the Board of Directors may be removed at any time in such manner as may be provided for by the Corporation's By-Laws or the Business Corporation Act.

## ARTICLE VIII

The Corporation shall indemnify any and all of its Directors or Officers or former directors or officers or any person who may have served at it request as a director or officer of another corporation in which it owns shares of capital stock or of which it is creditor, against expenses actually and necessarily incurred by them in connection with the defense of an action, suit or proceeding in which they, or any of them, are made parties, or party, by reason of being or having been directors or officers or director or an officer of the Corporation, except in relation to matters as to which any such director or officer or person shall be adjudged in such action, suit, or proceeding to be liable for negligence or misconduct in the performance of duty. Such indemnification shall not be deemed exclusive of any other rights to which those indemnified may be entitled, under any by-laws, agreement, vote of stockholders, or otherwise.

Corporate existence shall commence upon the filing of these Articles of Incorporation with the Minister of Foreign Affairs as of the filing date stated on these Articles

WITNESS WHEREOF, I have made, subscribed and acknowledged this Instrument this 5th day of October, A. D. 2004 at Monrovia, Liberia.

IN THE PRESENCE OF:

_____
Honourable Kabineh Ja neh
INCORPORATOR

_____
Thomas Tweney

$12,000 Revenue Stamp affixed
to the Original hereof.