# EXHIBIT 8
# TO DIKSHIT DECL.



# REPUBLIC OF LIBERIA
National Investment Commission



*Office of The Chairman*

October 14, 2004

1. Global Infrastructure Holdings Limited,
   1st Floor, Murdoch House,
   North Shore Road, Ramsay,
   Isle of Man
   Attn: Mr. Ashok Agarwal, Director

2. Global Minerals Liberia Limited.
   First Merchant Bank Limited,
   Broad Street,
   Monrovia, Liberia
   Attn: Rakesh Dikshit, Director

3. Liberian Global Mining Company
   First Merchant Bank Limited,
   Broad Street,
   Monrovia, Liberia

Sir,

**Subject : Consent and Approval to Mineral Development Agreement between the Government of Liberia and GIHL/LGMC**

This refers to the aforementioned agreement to be formally executed between the parties mentioned.

On behalf of the Government of the Republic of Liberia and its agencies and instrumentalities, this communication constitutes approval and consent to the execution of the Mineral Development Agreement as negotiated with the Technical Committee of Liberia in substantially the attached format..

This approval and authorization also constitutes permission to GIHL or its nominee as Operator to proceed with the performance of the works and obligations envisaged in the draft agreement pending formal signing of the Mineral Development Agreement.

Kind Regards,

Sincerely,
For National Investment Commission

Roosevelt K. Quiah (Amb.)
**CHAIRMAN**

Mail Bag 9043, 12th Street, Monrovia, Liberia
Tel.: (231) 226 685, Fax: (231) 226 685
E-mail: webmaster@liberia.net