# EXHIBIT 9
# TO DIKSHIT DECL.

# REPUBLIC OF LIBERIA
## National Investment Commission



*Office of The Chairman*

1. Global Infrastructure Holdings Limited,  
   1st Floor, Murdoch House,  
   North Shore Road, Ramsay,  
   Isle of Man  
   Attn: Mr. Ashok Agarwal, Director

December 15, 2004

2. Provider Limited  
   Stalston, 11 Elvaston Place  
   South Kensington,  
   London Sw7 5QG  
   United Kingdom  
   Attn: Jacob C. Varnam, Director

3. Liberian Global Mining Company  
   First Merchant Bank Limited,  
   Broad Street,  
   Monrovia, Liberia

Sir,

**Subject: The re-affirmation, Consent and Approval to the execution of Mineral Development Agreement between the Government of Liberia and GIHL/LGMC**

This refers to the aforementioned agreement to be formally executed between the parties mentioned to be signed prior to January 14, 2005.

On behalf of the Government of the Republic of Liberia and its agencies and instrumentalities, this communication constitutes the re-affirmation, approval and consent to the execution of the Mineral Development Agreement as negotiated with the Technical Committee of Liberia in substantially the attached format.

This approval and authorization also constitutes permission to GIHL or its nominee as Operator to proceed with the performance of the works and obligations envisaged in the draft agreement pending formal signing of the Mineral Development Agreement.

Kind Regards,

SWORN and SUBSCRIBED TO BEFORE ME  
this 16th day of _____, A D 2004.

Sincerely,  
For National Investment Commission

Roosevelt K. Quiah (Amb.)  
**CHAIRMAN**

MARY MAMIE HOWE  
NOTARY PUBLIC, MONTSERRADO  
REPUBLIC OF LIBERIA

---

Mail Bag 9043, 12th Street, Monrovia, Liberia  
Tel.: (231) 226 685, Fax: (231) 226 685  
E-mail: webmaster@liberia.net