# EXHIBIT 10
# TO DIKSHIT DECL.

# METTAL STEEL COMPANY CONFIRMS STRONG INTEREST IN REVIVING IRON ORE MINING IN LIBERIA

MITTAL

9th June 2005 – Following recent media reports, Mettal Steel Company would like to make clear its position regarding the privatization of the former LAMCO iron-ore assets in Liberia.

Mittal Steel first expressed its interest in rehabilitating the Liberian iron ore mining industry in the beginning of 2004 and has since been in ongoing discussions with the Government of Liberia. Presentations were made to and discussions were held with numerous organs of Government during spring and summer 2004 including to the Mining Technical Committee, National Investment Committee, Ministry of Mines, Finance, Justice, Labour and Planning as well as a whole range of other Governmental officials.

Due to the interest shown by Mittal Steel and other major international mining companies, the Liberian Government decided to invite interested parties to submit proposals for the development of the nation's iron ore sector and in particular the Western Area deposits. In doing so, the Government instructed the Inter-Ministerial Technical Committee and LIMINCO, the custodian of the former LAMCO assets, to cease unilateral discussions with a consortium headed by Global Infrastructure Holdings Limited (GIHL).

In accordance with the Mining Laws, a Technical Committee was appointed by the Chairman of the National Transitional Government of Liberia to manage this process, evaluate the proposals and recommend the award of a concession to the bidder whose proposals were adjudged to be in the best interests of the country. This Technical Committee comprised representatives from all the major stakeholders reporting to the Chairman and operated independently with transparent processes to dispel any charges of incorrectness levied by the

Subsequently in December 2004, bids were submitted by Mittal Steel, GIHL and Rio Tinto for the redevelopment of the former LAMCO Concession Area and by BHP Biliton for iron ore deposits outside that area.. Rio Tinto formally withdrew from the bidding and expressed its support for Mittal Steel in its efforts to rehabilitate the Liberian Mining industry.

In the final evaluation process, Mittal Steel was selected as the preferred bidder based on its concept for the restart of the LAMCO Mines and its superior and fast-track development plan as well as its greater financial, technical and social capacity and demonstrated experience in the mining, particularly iron ore mining, and steel industry. Furthermore, these mines were previously operated by a consortium of US Steel companies, which are now owned by Mettal Steel. In short, the Mittal Steel proposal was deemed to be the best in the national interest.

Consequently, Mittal Steel was invited for discussion for a Mineral Development Agreement.

Commenting, Sudhir Maheshwari, Executive Vice President, Mittal Steel, said:

"The privatization for these iron-ore mines has been through a transparent and competitive bid process, in which Mittal Steel was selected as the preferred bidder. Any information to the contrary is incorrect and is damaging to the future stability and prosperity of the mines. We are looking forward to continuing with our discussion and complete the acquisition, which we are confident will bring immense benefits to Liberia, including substantial job creation to the local community."

## ABOUT MITTAL STEEL

Mittal Steel Company is the world's largest and most global steel company. The company has operations in fourteen countries, on four continents. Mittal Steel encompasses all aspects of modern steelmaking, to produce a comprehensive portfolio of both flat and long steel products to meet a wide range of customer needs. It serves all the major steel consuming sectors, including automotive, appliance, machinery and construction.

For 2004, Mittal Steel has revenues of US$22.2 billion and steel shipments of 42.1 million tons. The company trades on the New York Stock Exchange and the Euronext Amsterdam under the ticker symbol "MT".