# EXHIBIT 11
# TO DIKSHIT DECL.



**Bryant, Mittal Steel Flout Law**

**The Analyst** (Monrovia)
NEWS
June 13, 2005
Posted to the web June 13, 2005

*-Ignore Economic Governance Action Plan*

It appears that rule of law during the transitional period may never take root as the Chairman Gyude Bryant is now apparently ignoring the Supreme Court orders by commission or omission of the laws. After he violated the Supreme Court stay orders on the sale of the stockpile of iron ore in Buchanan, Grand Bassa County and went ahead and gave instructions to the sale of ore, he has again ignored two Supreme Court stay orders in the LIMINCO bid proceedings. As Gibson W. Jerue reports it is now clear that Mittal Steel, enjoying the power of Chairman Bryant, is reportedly going with full speed to conclude a concession agreement in violation of a Supreme Court order prohibiting them to do so.

Mittal has taken out full page ads in major Liberian newspapers stating emphatically that an award has been made to them, extolling the virtues of the company and they are going full steam to prove that an agreement is imminent.

Mittal says it has 22.2 million potency claiming that it is the biggest steel company in the world suggesting that it has the ability to manage the LIMINCO concession.

Though with this record, Ministerial Technical committee members voted against it and awarded the points to GIHL, but the latter is yet to enjoy the blessing of Chairman Bryant's approval.

Two letters reportedly coming former US Ambassador John Blaney thwarted the entire process and circumvented what the ministerial committee decided.

It was then that GIHL took flight to the Supreme Court, final arbiter of justice, and drew two remedial writs - a writ of prohibition and a writ of Mandamus - aimed at stopping the Chairman from interfering with the process.

The Supreme Court of Liberia, through its Justice-In-Chambers, Cllr. Ishmael F. Campbell executed a writ of prohibition to the NTGL and Mittal Steel on further proceedings in the LIMINCO iron ore concession.

The Court slapped a contempt infraction on the NTGL, its Minister of Lands, Mines and Energy and other officials for violating the stay order.

Cllr. Moses Paegar, the Sherman & Sherman Law Firm's Managing Director, accompanied Mittal to the bid award ceremonies, and has been at the Supreme Court to represent the company's interests.

An award of the LIMNCO concession was announced by the Ministry of Lands, Mines and Energy after a controversial bidding process, which has been universally condemned as lacking transparency.

A letter from former US Ambassador John Blaney to Chairman Bryant said that the process was marred by rumors of influence peddling and did not conforming to US or international standards for tendering, weighing certain criteria inappropriately.

Sources say Chairman Bryant was warned in a letter signed by all members of the LIMNCO board that the process of awarding the concession had been usurped by his office and that undoing a previous award to Global Infrastructure Holdings Limited (GIHL) was illegal.

The letter quoted relevant passages from the New Minerals and Mining Law in a bid to stop the Chairman from interfering with the process.

The flouting of the Supreme Court prohibition order comes in the wake of the Economic Governance Action Plan out of Copenhagen, Demark, which is a resolution by International Partners, including the UN, EU, ECOWAS, and the United States of America.

The resolution specifically calls for "ring fencing" of Liberia's resources for future elected government and for a moratorium on all new concession agreements.

Observers note that the public relations campaign being mounted by Mittal Steel, even in the wake of a Supreme Court stay orders, is an attempt to accelerate the signing of a Mineral Development Agreement before the Economic Governance Plan is implemented, and is a clear sign that Chairman Bryant's NTGL is in a race to beat the clock.

Copyright © 2005 The Analyst. All rights reserved. Distributed AllAfrica Global Media (allAfrica.com).