# EXHIBIT 12
# TO DIKSHIT DECL.

Grealis, Catherine

Thursday, 07 April 2005

## Crisis Unfolding in LIMINCO Concession
### Blaney Protects American Interest, Who Protects Liberia's?

"Do anything, break the law, throw away sovereignty, just Mittal Steel the LIMINCO concession," might just be some of the words floating around in the hotly contested bid process between two companies of Indian origin fighting fiercely to take over the LIMINCO concession.

This paper has in its possession the original scores of the bid process. These scores were handed in by members of the committee last week.

A controversy arose between two factions of the Liberian Business Association, one faction led by a consultant and the other by a vice president, something which delayed the process until Friday of last Week.

The scores presented to Committee Chairman Mulbah Willie read: Labor marked Mittal Steel 41 and GIHL 85; Planning Ministry, Mittal-84, GIHL-89, Justice abstained, Lands and Mines, Mittal-41, GIHL-91, Finance, Mittal-50, GIHL-94, and NIC, Mittal-62, GIHL-78.

Others are: Liberian Business Association, Mittal-76, GIHL-86, Liberian Chamber of Commerce, Mittal-80, GIHL-78, Sam Ricks, Mittal-85, GIHL-94, Amelia Ward, Mittal-63, GIHL-78, Central Bank, Mittal-78, GIHL-80, and LIMINCO, Mittal-62, GIHL-82.



**J. Blaney - US Ambassador**

Mittal Steel accumulated the total score of 722, while GIHL accumulated the total score of 935, which placed the bid in favor of the latter.

It appears that there has been a dramatic change, which no one seems to be speaking about, but it is alleged that bribery is looming, while the scores are in the possession of the Mr. Willie.

There are fears though by many experts that the long delay in producing the results can only be construed as attempt by outsiders to influence the committee's work.

Insiders say the March 30th letter by Amb. John Blaney has not helped to move the process along, and some committee members are privately saying that efforts are being made to alter the scores to please. This has yet to be independently confirmed.

One source said "it would interesting to note what the U.S. Ambassador's reaction would be if Mittal Steel is awarded this concession under the controversial circumstances. Even if this were to be considered the 'pepper bush' of the Americans, this is being badly mishandled."

Observers believe Blaney's letter should have awaited the outcome of the bidding, "but in his haste to influence the outcome of the process, he may have injured Mittal Steel irreparably, since any award to them now would be suspect and forever tainted. Even his letter suggested that the whole process should be scuttled."

Information from Washington indicates that the Americans do not look upon Liberia's iron ore as strategic, as exemplified in the utterances of Americans during the long civil war that "there was no strategic interest in Liberia."

"Any machinations by diplomats on the ground to advance the commercial interests of one firm over the other can only be considered personal," an insider said.

Some observers say there is some level of hypocrisy in the manner how the bidding process is being handled, noting

that "transparency and accountability standards should be constant and not changed according to power politics or national interests...the overt diplomatic maneuvering on behalf of Mittal is clumsy."

Information is that Laskhmi Mittal allegedly bribed Britain's Labor Party in the tune of 125,000 pounds in an attempt to take over Sidex, the Romanian Steel Parastatal. This is yet to be independently confirmed, and Mittal is unavailable to verify the information.

Our sources said: The European Commission has remained silent. Global infrastructure Holdings Limited (GIHL), a British Isle of Man Company is preparing to file a complaint with them. Mittal Steel is not a British company, rather a company with head offices in the Dutch Antilles which competes against British companies, and is responsible for job losses in both the UK and US."

An expert alleged that the company is noted for transfer pricing, using cheap labor and raw materials to enter advance markets, something which is said to be contrary to the Cotonou Accords.

Meanwhile, Chairman Gyude Bryant and Lands, Mines and Energy Minister Jonathan Mason are expected to travel to Lofa County and would back in the city soon.


Berenson, Bradford wrote:

You may consider us retained. We have received the retainer. We have not yet received the letter, but it should be on its way.

---

**From:** fnetwork [mailto:fnetwork@optonline.net]
**Sent:** Wednesday, June 01, 2005 4:38 PM
**To:** Berenson, Bradford
**Subject:** Re: GSHL

Brad.. Can I assume that you have been retained? "deemed" retained, if you like.. They have a pending Supreme Court action locally and they need to inform local counsel of your retention.. Prav

Berenson, Bradford wrote:

> Checking. My secretary has been gone for 10 days -- back tomorrow -- so I'm helpless.
> I will track this down and get the answer to you shortly.
>
> -----Original Message-----
> From: fnetwork [mailto:fnetwork@optonline.net]
> Sent: Wednesday, June 01, 2005 2:40 PM
> To: Berenson, Bradford
> Subject: GSHL
>
> Brad... have u received both the engagement letter and the retainer?
> Pravin
>
> Sidley Austin Brown & Wood LLP mail server made the following annotations on 06/01/2005, 02:17:39 PM
> ------------------------------------------------------------
> This e-mail is sent by a law firm and may contain information that is

privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

Sidley Austin Brown & Wood LLP mail server made the following annotations on 06/02/2005, 12:19:37 PM
------------------------------------------------------------------

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

6/20/2005