# EXHIBIT C
# ALEXANDROV DECL.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERIA GLOBAL MINING COMPANY, <br><br> AND <br><br> GLOBAL STEEL HOLDINGS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF REPUBLIC OF LIBERIA <br><br> Defendant. | JUDGE: <br><br> CASE NO: |

## DECLARATION OF STANIMIR A. ALEXANDROV

I, Stanimir A. Alexandrov, depose and state as follows:

1. I am a partner of the law firm Sidley Austin Brown & Wood LLP, and practice in the area of international dispute resolution, including international arbitration. I make this Declaration in Support of the Application of Plaintiffs Liberia Global Mining Company and Global Steel Holdings Limited for Preliminary Injunction. I am knowledgeable about the rules, policies and procedures relating to dispute resolution before the International Centre for Settlement of Investment Disputes ("ICSID") under the Convention on the Settlement of Investment Disputes between States and Nationals of Other States ("ICSID Convention"). I have personal knowledge of the facts set forth below, and, if called upon to testify, could and would competently testify to each of them.

2. On July 1, 2005, Plaintiffs Liberia Global Mining Company and Global Steel Holdings Limited filed a Request for Arbitration before ICSID.

3. Pursuant to Article 36(3) of the ICSID Convention, the Secretary-General of ICSID must register a request for arbitration unless he finds that the dispute is manifestly outside of the jurisdiction of ICSID. In practice, the Secretary-General's determination of whether to register a request for arbitration may take weeks or several months.

4. Following the registration of a dispute, it may take another several months before an ICSID tribunal is constituted. The tribunal is to be constituted on the basis of the agreement of the parties. In practice, parties often fail to appoint their arbitrator on time or fail to agree on the appointment of the presiding arbitrator. Under Article 38 of the ICSID Convention, if the tribunal is not constituted within ninety days after the notice of the registration of a request for arbitration is dispatched to the parties, any party may request that ICSID appoint the arbitrator or arbitrators not yet appointed. Thus, ICSID tribunals are often constituted after the expiration of ninety days from registration.

5. The remedy of specific performance is available in ICSID proceedings.

6. Exhibit 1 to this Declaration is a true and correct copy of a Letter dated 13 June 2005 from the Chairman of the Security Council Committee established pursuant to Resolution 1521 (2003) concerning Liberia addressed to the President of the Security Council and its attachments printed from the United Nations' official website.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 1, 2005.

_____
STANIMIR A. ALEXANDROV