# EXHIBIT INDEX
## TO
## APPLICATION OF PLAINTIFFS LIBERIA GLOBAL MINING COMPANY AND GLOBAL STEEL HOLDINGS LIMITED FOR PRELIMINARY INJUNCTION

| Exhibits | Description |
| --- | --- |
| Exhibit A | Dikshit Declaration, July 1, 2005 |
| Exhibit 1 to Exhibit A | Certificate of Change of Name, March 4, 2005 |
| Exhibit 2 to Exhibit A | Mineral Development Joint Venture Agreement Between the Government of The Republic of Liberia and Liberia Global Mining Company |
| Exhibit 3 to Exhibit A | Memorandum of Understanding, November 28, 2003 |
| Exhibit 4 to Exhibit A | August 4, 2004 Letter and Attachment |
| Exhibit 5 to Exhibit A | August 30, 2004 Letter from Government of Liberia |
| Exhibit 6 to Exhibit A | October 4, 2004 Letter from Government of Liberia |
| Exhibit 7 to Exhibit A | Articles of Incorporation of Liberia Global Mining Company |
| Exhibit 8 to Exhibit A | October 14, 2004 Letter from Government of Liberia |
| Exhibit 9 to Exhibit A | December 15, 2004 Letter from Government of Liberia |
| Exhibit 10 to Exhibit A | June 13, 2005 Advertisement, "Mettal Steel Company Confirms Strong Interest in Reviving Iron Ore Mining in Liberia" |
| Exhibit 11 to Exhibit A | June 13, 2005 Article, "Bryant, Mittal Steel Flout Law" |
| Exhibit 12 to Exhibit A | April 7, 2005 Article, "Crisis Unfolding in LIMINCO Concession" |
| Exhibit B | Request for Arbitration and Corresponding Exhibits 1-19 |
| Exhibit C | Alexandrov Declaration, July 1, 2005 |
| Exhibit 1 to Exhibit C | June 13, 2005 Letter of United Nations Security Council |
| Exhibit D | Opinion of George E. Henries |