## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LIBERIA GLOBAL MINING COMPANY,** ) | |
| ) | |
| **AND** ) | **JUDGE:** |
| ) | |
| **GLOBAL STEEL HOLDINGS, LTD.,** ) | **CASE NO:** |
| ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **GOVERNMENT OF REPUBLIC OF** ) | |
| **LIBERIA** ) | |
| ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## <u>PROPOSED ORDER</u>

Before this Court is the Application of Liberia Global Mining Company and Global Steel Holdings Limited for Preliminary Injunction, the underlying Complaint in this action, the Declaration of Rakesh Dikshit, the opinion of George Henries, all exhibits to each of the foregoing, and all other papers filed in this matter. Having considered the foregoing and the arguments of counsel, the Court finds that Plaintiffs are entitled to a preliminary injunction in aid of a pending request for arbitration before the International Centre for the Settlement of Investment Disputes (ICSID) directing the Government of Liberia and those persons or entities in active concert or participation with it who receive actual notice of this Order by personal

service or otherwise, pursuant to Fed. R. Civ. P. 65, to preserve the status quo with respect to the mineral development and associated rights and privileges encompassed by the Mineral Development Agreement ("MDA") underlying the pending arbitration request until such time as ICSID has had an opportunity to consider for itself whether to accept registration of this case and, if so, to constitute a Tribunal and to have that Tribunal consider a request for provisional measures of its own.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Application for Preliminary Injunction is **GRANTED**;

**IT IS HEREBY FURTHER ORDERED** that the Government of Liberia and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby directed:

> (a) to take no steps to transfer title, ownership, custody, or control of Plaintiffs' mining concession, mineral development rights, or other property, assets, rights, privileges, or immunities under the MDA between the Government of Liberia and Global Infrastructure Holdings, Ltd. and Liberia Global Mining Company to any third party;

> (b) to take no steps to deplete, waste, injure, or destroy the assets, property, natural resources, or infrastructure of, or associated with, the mining concession and other rights, privileges, and immunities under the referenced MDA;

(c) to take no other steps to alter, diminish, defeat, destroy, or otherwise affect the mining concession and other rights, privileges, and immunities Plaintiffs may have under the MDA; and

(d) to take no steps that would prejudice ICSID's ability to fully and fairly consider whether to register Plaintiffs' request for arbitration, to constitute a Tribunal, to consider provisional measures, or to adjudicate the merits of the underlying dispute.

**IT IS HEREBY FURTHER ORDERED** that without further order of this Court, this order will expire after the occurrence of any one of the following:

(1) ICSID makes a formal determination not to register the dispute for arbitration; or

(2) ICSID makes a decision concerning whether to order provisional measures; or

(3) time expires for seeking provisional measures from the ICSID Tribunal after the dispute has been registered by ICSID, and no such request has been made.

**IT IS SO ORDERED.**

Dated: July ___, 2005        By: _____

United States District Court Judge

Please serve Order upon:

        The Government of the Republic of Liberia
        The Minister of Lands, Mines and Energy
        Ministry of Lands, Mines and Energy
        Monrovia
        Liberia

        Bradford A. Berenson
        Sidley Austin Brown & Wood LLP
        1501 K Street, N.W.
        Washington, D.C. 20005