IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERIA GLOBAL MINING COMPANY, GLOBAL STEEL HOLDINGS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF REPUBLIC OF LIBERIA<br><br>Defendant. | Case No. 05-1337 |

## NOTICE OF FILING OF EXHIBIT D TO APPLICATION OF PLAINTIFFS LIBERIA GLOBAL MINING COMPANY AND GLOBAL STEEL HOLDINGS LIMITED FOR PRELIMINARY INJUNCTION

Plaintiffs Liberia Global Mining Company and Global Steel Holdings Limited, by and through its undersigned counsel, hereby file an additional copy of Exhibit D to the Application of Plaintiffs Liberia Global Mining Company and Global Steel Holdings Limited for Preliminary Injunction ("Application for Preliminary Injunction").

On July 5, 2005, Plaintiffs filed their Application for Preliminary Injunction. On July 14, 2005, the Clerk's office informed Plaintiffs' counsel that it was unable locate Exhibit D to the Application for Preliminary Injunction. For the convenience of the court and the parties, Plaintiffs attach hereto a further copy of Exhibit D to the Application for Preliminary Injunction.

Respectfully submitted,

*[signature]*

Bradford A. Berenson (D.C. Bar No. 441981)
Brandi Feingold (D.C. Bar No. 482759)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 (Phone)
(202) 736-8711 (Fax)

Counsel for Plaintiffs Global Steel Holdings, Ltd.
and Liberia Global Mining Company

Dated: July 15, 2005