IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERIA GLOBAL MINING COMPANY, GLOBAL STEEL HOLDINGS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF REPUBLIC OF LIBERIA <br><br> Defendant. | Case No. 05-1337 |

**NOTICE OF FILING OF EXHIBIT D TO APPLICATION OF PLAINTIFFS LIBERIA GLOBAL MINING COMPANY AND GLOBAL STEEL HOLDINGS LIMITED FOR PRELIMINARY INJUNCTION**

Plaintiffs Liberia Global Mining Company and Global Steel Holdings Limited, by and through its undersigned counsel, hereby file an additional copy of Exhibit D to the Application of Plaintiffs Liberia Global Mining Company and Global Steel Holdings Limited for Preliminary Injunction ("Application for Preliminary Injunction").

On July 5, 2005, Plaintiffs filed their Application for Preliminary Injunction. On July 14, 2005, the Clerk's office informed Plaintiffs' counsel that it was unable locate Exhibit D to the Application for Preliminary Injunction. For the convenience of the court and the parties, Plaintiffs attach hereto a further copy of Exhibit D to the Application for Preliminary Injunction.

Respectfully submitted,

*[signature]*

Bradford A. Berenson (D.C. Bar No. 441981)
Brandi Feingold (D.C. Bar No. 482759)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 (Phone)
(202) 736-8711 (Fax)

Counsel for Plaintiffs Global Steel Holdings, Ltd.
and Liberia Global Mining Company

Dated: July 15, 2005

## CERTIFICATE OF SERVICE

I certifiy that today, July 15, 2005, I served a copy of the foregoing Notice of Filing of Exhibit D to Application of Plaintiffs Liberia Global Mining Company and Global Steel Holdings Limited for Preliminary Injunction on the following via DHL Worldwide Express, proof of delivery requested to:

The Government of Liberia
The Minister of Lands, Mines and Energy
Ministry of Lands, Mines and Energy
Monrovia
Liberia

The Minister of Finance
Ministry of Finance
Broad Street
Monrovia
Liberia

The Chairman
National Investment Commission
Tubman Boulevard
Monrovia
Liberia

Bradford A. Berenson