AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LIBERIA GLOBAL MINING COMPANY
   AND
GLOBAL STEEL HOLDINGS, LTD.

        Plaintiffs,

        V.

GOVERNMENT OF REPUBLIC OF LIBERIA

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV01337

JUDGE: Royce C. Lamberth

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 07/05/2005

TO: (Name and address of Defendant)

GOVERNMENT OF REPUBLIC OF LIBERIA
The Minister of Lands, Mines and Energy
Ministry of Lands, Mines and Energy
Monrovia
Liberia

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bradford A. Berenson, DC Bar 441981
Brandi Feingold, DC Bar 482759
Sidley Austin Brown & Wood LLP
1501 K Street, NW
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

By DEPUTY CLERK

JUL 0 5 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | JULY 08, 2005 |

| NAME OF SERVER *(PRINT)* BINOD KUMAR | TITLE Assistant Manager (Geology) |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Mr. Willie R. Lynch Jr., Expediter in the Office of the Minister, Ministry of Finance, Broad Street, Monrovia, Liberia

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL Official Transport | SERVICES NiL | TOTAL N/A |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 08, 2005    _Binod Kumar_
Date    Signature of Server

14th Street, Sinkor, Monrovia, Liberia
Address of Server

*HAND DELIVERY*

## SIDLEY AUSTIN BROWN & WOOD LLP    *MIN. OF FINANCE*

| | | |
|---|---|---|
| BEIJING | 1501 K STREET, N.W. | LOS ANGELES  *Vol I &* |
| BRUSSELS | WASHINGTON, D.C. 20005 | NEW YORK   *Vol. II.* |
| CHICAGO | TELEPHONE 202 736 8000 | SAN FRANCISCO |
| DALLAS | FACSIMILE 202 736 8711 | SHANGHAI |
| GENEVA | www.sidley.com | SINGAPORE |
| HONG KONG | FOUNDED 1866 | TOKYO |
| LONDON | | WASHINGTON, D.C. |

WRITER'S DIRECT NUMBER
(202) 736-8971

WRITER'S E-MAIL ADDRESS
bberenson@sidley.com

July 5, 2005

**BY REGISTERED MAIL, DHL COURIER, HAND DELIVERY
AND BY FACSIMILE TO 011-231-226-281**

The Minister of Lands, Mines and Energy
Ministry of Lands, Mines and Energy
Monrovia
Liberia

Gentlemen:

Please be advised that today, July 5, 2005, Sidley Austin Brown & Wood LLP, on behalf of Global Steel Holdings Limited ("GSHL") and Liberia Global Mining Company (LGMC"), filed a Complaint and Application for Preliminary Injunction against the Government of Liberia in the United States District Court for the District of Columbia. Copies of the filed court papers are attached hereto.

As indicated in the letter to you dated July 1, 2005, a Request for Arbitration ("Request") before the International Centre for Settlement of Investment Disputes was also filed in Washington, D.C. on July 1, 2005. In the Request, GSHL and LGMC seek specific performance of the Mineral Development Agreement ("MDA") among GSHL, LGMC, and the Government of Liberia.

As you are formally on notice of the pendency of these legal proceedings in the United States, you are hereby again advised to cease and desist in, and to refrain from taking, any and all actions inconsistent with the validity and enforceability of the MDA with GSHL and LGMC. Such actions include, but are not limited to, any steps to divest GSHL and/or LGMC of their rights under the MDA or to award rights to the LAMCO Concession area to any entity other than GSHL and/or LGMC. Should you persist in taking such steps, please know that GSHL and LGMC will hold you strictly accountable for the resulting damage.

SIDLEY AUSTIN BROWN & WOOD LLP IS A DELAWARE LIMITED LIABILITY PARTNERSHIP
PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

SIDLEY AUSTIN BROWN & WOOD LLP                    WASHINGTON, D.C.

July 5, 2005
Page 2


        We expect that you will fulfill your obligations to arbitrate the substance of this dispute before ICSID and will take no steps that would in any way impair the ability of ICSID to give full and fair consideration to these matters.

                                Sincerely,

                                Bradford A. Berenson

BAB:elm
Attachments


cc:   The Minister of Finance
      Ministry of Finance
      Broad Street
      Monrovia, Liberia

      The Chairman
      National Investment Commission
      Tubman Boulevard
      Monrovia, Liberia

Received by :
Signature : Willie R. Lynch JR
Name : Wlynch
Designation : Expediter
Date : 07|8|05
Time : 1:10 pm


witnessed by :

James Nagse Doe
Office Assistet
The David A.B. Jallah Law Firm
Johnson & Broad Street,
Monrovia

Served By :

(BINOD KUMAR)
Asstt Manager - Geology
Global Steel Holdings Ltd.,
July 8, 2005 (1:11 PM)