IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LIBERIA GLOBAL MINING COMPANY,** | |
| | JUDGE: Gladys Kessler |
| **GLOBAL STEEL HOLDINGS, LTD.,** | |
| | CASE NO: 05-1337 |
| **Plaintiffs,** | |
| v. | |
| **GOVERNMENT OF REPUBLIC OF LIBERIA** | |
| **Defendant.** | |

## MOTION FOR LEAVE TO FILE REVISED PROPOSED ORDER TO APPLICATION OF PLAINTIFFS LIBERIA GLOBAL MINING COMPANY AND GLOBAL STEEL HOLDINGS LIMITED FOR PRELIMINARY INJUNCTION

Plaintiffs Liberia Global Mining Company and Global Steel Holdings Limited respectfully request leave to file a revised Proposed Order to their Application for Preliminary Injunction that was filed on July 5, 2005. The revised Proposed Order more fully sets forth the reasons for its issuance in the specific terms provided for under Rule 65(d) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ Brandi Feingold*

Bradford A. Berenson (D.C. Bar No. 441981)
Brandi Feingold (D.C. Bar No. 482759)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 (Phone)
(202) 736-8711 (Fax)

Counsel for Plaintiffs Global Steel Holdings, Ltd. and Liberia Global Mining Company

Dated: July 26, 2005