## CERTIFICATE OF SERVICE

I certify, that I sent a copy of the foregoing Motion for Leave to File Revised Proposed Order to Application of Liberia Global Mining Company and Global Steel Holdings Limited for Preliminary Injunction via DHL Worldwide Express, proof of delivery, to the following:

The Government of Liberia
The Minister of Lands, Mines and Energy
Ministry of Lands, Mines and Energy
Monrovia
Liberia

The Minister of Finance
Ministry of Finance
Broad Street
Monrovia
Liberia

The Chairman
National Investment Commission
Tubman Boulevard
Monrovia
Liberia

_____
Brandi Feingold