IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LIBERIA GLOBAL MINING COMPANY, GLOBAL STEEL HOLDINGS, LTD.,**    Plaintiffs,    v.    **GOVERNMENT OF REPUBLIC OF LIBERIA,**    Defendant. | Case No. 1:05CV01337 GK |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

Upon consideration of the Defendant's Motion to Dismiss the Complaint; the opposition thereto; any reply; the accompanying exhibits; and for good cause shown, it is, on this _____ day of _____, 2005, hereby:

ORDERED that the Defendant's motion is granted; and it is hereby

FURTHER ORDERED that the Complaint is dismissed with prejudice.

> The Honorable Gladys Kessler
> United States District Court for the
> District of Columbia