IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERIA GLOBAL MINING COMPANY, GLOBAL STEEL HOLDINGS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF REPUBLIC OF LIBERIA <br><br> Defendant. | JUDGE: Gladys Kessler <br><br> CASE NO: 05-1337 |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' REPLY TO DEFENDANT LIBERIA'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION AND EXTENSION OF TIME TO FILE DEFENDANT LIBERIA'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b), Plaintiffs Liberia Global Mining Company and Global Steel Holdings Limited, by counsel, respectfully moves this Court for a one-week extension to Friday, August 12, 2005 to file a reply to Defendant Liberia's opposition to Plaintiff's Application for Preliminary Injunction to the extent such extension is necessary.

Pursuant to D.D.C. Rule 7(m), counsel for Plaintiffs has conferred with counsel for Defendant, and we are authorized to represent that Defendant consents to the extension, on condition that the due date for Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss is also extended to August 26, 2005, a request to which Plaintiffs consent.

On July 5, 2005, Plaintiffs filed a Complaint and Application for Preliminary Injunction. On July 29, 2005, Defendant Liberia filed a Motion to Dismiss the Complaint and a Statement of Points and Authorities In Support of the Defendant's Motion to Dismiss the Complaint and In Opposition to the Plaintiffs' Motion For A Preliminary Injunction, consolidating its response to Plaintiffs' filings. Because Liberia's arguments in opposition to the application for preliminary injunction were consolidated in its memorandum in support of its motion to dismiss, Plaintiffs intend likewise to file a consolidated memorandum in opposition that incorporates all of its responsive arguments and not to object to the fact that Liberia's arguments in opposition to the application for preliminary injunction were filed out of time. *See* D.D.C Rule 65.1(c) (providing that an opposition to an application for preliminary injunction "shall be served and filed within five days after service of the application for preliminary injunction")[1]. Plaintiffs' opposition to Liberia's motion to dismiss is due on August 12, 2005. To the extent the Court regards Plaintiffs' Reply to Defendant Liberia's opposition to the application for preliminary injunction as due within five days or today, August 5, 2005, Plaintiffs seek this court's permission to file its reply one week later, on August 12, 2005, so that the reply may be consolidated with its opposition to the motion to dismiss to mirror the manner in which Liberia filed its arguments. Defendant Liberia does not oppose this relief and will, if this motion

---

[1] Plaintiffs' Application for Preliminary Injunction was served on July 7, 2005. *See* Return of Service (Docket Entry # 5). Defendant Liberia's opposition was filed on July 29, 2005.

is granted, file its final responsive pleading on August 26, 2005, at which point both the application for preliminary injunction and the motion to dismiss will be fully briefed.

Moreover, we are advised by Liberian counsel that, due to recent developments in Liberia, the adverse action that the preliminary injunction is meant to forestall will not likely occur in the next several weeks. Plaintiffs are therefore content for the Court to delay a ruling, should it so choose, until after the briefing cycle proposed herein has been completed.

Respectfully submitted,

*/s/ Bradford Berenson*

Bradford A. Berenson
Brandi Feingold
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 (Phone)
(202) 736-8711 (Fax)

Counsel for Plaintiffs Global Steel Holdings, Ltd. and Liberia Global Mining Company