IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERIA GLOBAL MINING COMPANY, GLOBAL STEEL HOLDINGS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF REPUBLIC OF LIBERIA<br><br>Defendant. | JUDGE: Gladys Kessler<br><br>CASE NO: 05-1337 |

## PROPOSED ORDER

Before this Court is the Consent Motion For Extension Of Time To File Plaintiffs' Reply To Defendant Liberia's Opposition To Plaintiffs' Application For Preliminary Injunction And Extension Of Time To File Defendant Liberia's Reply To Plaintiffs' Opposition To Defendant's Motion To Dismiss. The Court having considered the Consent Motion, hereby grants the extensions requested therein. Accordingly, Plaintiffs' Reply to Defendant Liberia's Opposition to the Application for Preliminary Injunction is due on August 12, 2005 consolidated with Plaintiffs' Opposition to Defendant's Motion to Dismiss. In addition, Defendant Liberia's Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss is due on August 26, 2005.

2

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Consent Motion is **GRANTED**;

**IT IS SO ORDERED.**

Dated: August 5, 2005                          By:_____
                                                    Gladys Kessler
                                                    United States District Court Judge

Please serve Order upon:

    Judith A. Miller
    Counsel for Defendant Republic of Liberia
    Williams & Connolly LLP
    725 12th Street, N.W.
    Washington, D.C. 20006