## CERTIFICATE OF SERVICE

I certify that today, August 5, 2005, I served the foregoing Consent Motion For Extension Of Time To File Plaintiffs' Reply To Defendant Liberia's Opposition To Plaintiffs' Application For Preliminary Injunction And Extension Of Time To File Defendant Liberia's Reply To Plaintiffs' Opposition To Defendant's Motion To Dismiss, by causing copies to be shipped via Federal Express, proof of delivery requested, to the following:

Judith A. Miller
Counsel for Defendant Republic of Liberia
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20006

_____
Brandi Feingold