IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERIA GLOBAL MINING COMPANY,<br><br>GLOBAL STEEL HOLDINGS, LTD.,<br><br>     Plaintiffs,<br><br>  v.<br><br>GOVERNMENT OF REPUBLIC OF LIBERIA<br><br>     Defendant. | JUDGE: Gladys Kessler<br><br>CASE NO: 05-1337 |

## PLAINTIFFS' NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiffs Liberia Global Mining Company and Global Steel Holdings Limited, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby respectfully dismisses the above-captioned action against Defendant with prejudice.

Respectfully submitted,

*/s/ Brandi Feingold/*

Bradford A. Berenson (D.C. Bar No. 441981)
Brandi Feingold (D.C. Bar No. 482759)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 (Phone)
(202) 736-8711 (Fax)

Counsel for Plaintiffs Global Steel Holdings, Ltd. and Liberia Global Mining Company

Dated: August 9, 2005