## CERTIFICATE OF SERVICE

I certify that today, August 9, 2005, I served the foregoing Plaintiffs' Notice of Dismissal, by causing copies to be shipped via Federal Express, proof of delivery requested, to the following:

>    Judith A. Miller
>    Counsel for Defendant Republic of Liberia
>    Williams & Connolly LLP
>    725 12th Street, N.W.
>    Washington, D.C. 20006

_____
Brandi Feingold